JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
Nicole Drey Huerter, SBN: 250235
    E-mail: ndrey@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone: (818) 888-7540
Facsimile: (818) 888-7544

Attorneys for Plaintiffs
BMW OF NORTH AMERICA, LLC, and
BAYERISCHE MOTOREN WERKE AG

| Jeremy T. Elman (SBN 223696) | Alison Hill (SBN 304918) |
|---|---|
| elman.jeremy@dorsey.com | hill.alison@dorsey.com |
| DORSEY & WHITNEY LLP | DORSEY & WHITNEY LLP |
| 305 Lyton Avenue | 50 South Sixth Street, Suite 1500 |
| Palo Alto, CA 94301 | Minneapolis, MN 55402 |
| Telephone: (650) 843-2732 | Telephone: (612) 340-2600 |
| Facsimile: (650) 618-1955 | Facsimile: (612) 340-2868 |

Attorneys for Defendant
WIN.IT AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| BMW OF NORTH AMERICA, LLC, et al., | Case No.: 2:17-cv-08826-PSG (MRWx) |
|---|---|
| Plaintiffs, | **JOINT REPORT REGARDING ADR** |
| v. | **Mediation Date**: February 26, 2019 |
| WIN.IT AMERICA, INC., et al., | **Location**: Judicate West<br>11601 Wilshire Blvd.<br>Suite 2040<br>Los Angeles, CA 90025 |
| Defendants. | **Neutral**: Hon. Victor B. Kenton, Ret. |

Pursuant to this Court's Order/Referral to ADR [ECF Dkt. 24], Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG ("Plaintiffs") and Defendant WIN.IT America, Inc. ("Defendant"), by and through their respective counsel of record, submit this Joint Report regarding the progress of settlement discussions following private mediation.

On February 26, 2019, Plaintiffs and Defendant participated in a full-day of mediation with the Honorable Victor B. Kenton (Ret.) at Judicate West. The case did not settle at mediation. Further facilitated discussions by Judge Kenton with the parties are to be expected with an initial check in date by Judge Kenton on March 11, 2019. A Mediation Report completed by Judge Kenton is attached hereto as **Exhibit A**.

DATED: March 5, 2019          JOHNSON & PHAM, LLP

                              By:   /s/ Marcus F. Chaney
                              Marcus F. Chaney, Esq.
                              Attorneys for Plaintiffs
                              BMW OF NORTH AMERICA, LLC and
                              BAYERISCHE MOTOREN WERKE AG


DATED: March 5, 2019          DORSEY & WHITNEY LLP

                              By:   */s/ Jeremy T. Elman*
                              Attorneys for Defendant
                              WIN.IT AMERICA, INC.